UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN KILGORE, <br>     Plaintiff, <br> v. <br> H. CLAVIJO, et al., <br>     Defendants. | Case No. 17-cv-04786-JST (PR) <br><br> **ORDER ADDRESSING PENDING MOTIONS** <br><br> Re: ECF Nos. 16, 23 |

On August 16, 2017, plaintiff, who was at the time an inmate at Salinas Valley State Prison ("SVSP"), filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. On February 20, 2018, the Court found the complaint stated cognizable claims for denial of access to courts, retaliation, excessive force, and deliberate indifference to serious medical needs. Service was ordered on five defendants at SVSP.

On May 17, 2018, plaintiff filed a motion for a preliminary injunction requesting that the Court order defendant Clavijo, an SVSP Program Lieutenant, to monitor SVSP's distribution of indigent office supplies to ensure that plaintiff received paper with which to litigate this action. ECF No. 16. Plaintiff has since alerted the Court that he has been transferred to California State Prison-Solano, where he has access to the library and to paper. *See* ECF Nos. 22, 23 at 2, 7. Accordingly, plaintiff's motion for a preliminary injunction is DENIED as moot. *See Dilley v. Gunn*, 64 F.3d 1365, 1368-69 (9th Cir. 1995) (claims for injunctive relief should be dismissed as moot when a prisoner is transferred to a different prison and there is no reasonable expectation or demonstrated probability that he will again be subjected to the prison conditions from which he seeks injunctive relief).

1    On July 11, 2018, plaintiff filed a motion for a scheduling order permitting the parties to
2 conduct discovery and motion for extension of time to conduct discovery.  ECF No. 23.  The
3 motion is DENIED as unnecessary.  As stated in the Court's February 20, 2018 order of service,
4 discovery may be taken in accordance with the Federal Rules of Civil Procedure.  No further court
5 order is required before the parties may conduct discovery.  To the extent plaintiff requires a court
6 order to obtain priority status at the prison law library, *see* ECF No. 23 at 2, he may use this order
7 to alert the library that defendant's motion for summary judgment is currently due on or before
8 July 20, 2018 and that plaintiff's opposition is due no later than 28 days from the date the motion
9 is filed.

This order terminates ECF Nos. 16 and 23.

**IT IS SO ORDERED.**

Dated:  July 16, 2018

_____
JON S. TIGAR
United States District Judge